UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PARKERVISION, INC.,**<br><br>Plaintiff<br><br>v.<br><br>**MEDIATEK INC. AND MEDIATEK USA INC.,**<br><br>Defendants | Case No. 6:22-cv-01163-ADA<br><br>**JURY TRIAL DEMANDED** |

### CASE READINESS STATUS REPORT

Plaintiff ParkerVision, Inc. and Defendants MediaTek Inc. and MediaTek USA Inc. hereby provide the following status report.

### SCHEDULE

A scheduling order has not yet been filed.

### FILING AND EXTENSIONS

Plaintiff's Complaint was filed on November 10, 2022. There has been one extension for a total of 44 days.

### RESPONSE TO THE COMPLAINT

Defendants filed an Answer and Counterclaims on April 12, 2023 (ECF No. 19). No counterclaims were filed other than counterclaims for non-infringement or invalidity.

## PENDING MOTIONS

There are no pending motions.

## RELATED CASES IN THIS JUDICIAL DISTRICT

*ParkerVision, Inc. v. Realtek Semiconductor Corp.*, 6:22-cv-01162-ADA (filed Nov. 10, 2022) is a CRSR Related Case, pursuant to OGP v. 4.3.

ParkerVision has also asserted one or more common patents in the following, pending cases in this Judicial District:

- *ParkerVision, Inc. v. TCL Indus. Holdings Co., Ltd.*, 6:20-cv-00945-ADA (filed Oct. 12, 2020) (currently stayed)
- *ParkerVision, Inc. v. LG Elecs. Inc.*, 6:21-cv-00520-ADA (filed May 22, 2023) (currently stayed)

## IPR, CBM, AND OTHER PGR FILINGS

Asserted U.S. Patent No. 6,266,518 was the subject of IPR2014-00946, filed by non-parties RPX Corporation and Dr. Michael Farmwald. After disclaimer of the challenged claims (nos. 1, 82, 90–91), the IPR was terminated.

Asserted U.S. Patent No. 7,292,835 is the subject of IPR2021-00985, filed by non-parties Hisense, TCL, and ZyXEL, and IPR2022-00246, filed by non-party LG.[1] IPR2021-00985 resulted in a Nov. 17, 2022 final written decision that found challenged claims 1, 12–15, and 17–20 unpatentable. IPR2021-00985, Paper 44 at 99. Plaintiff appealed that decision to the Court of Appeals for the Federal Circuit (Appeal No. 23-1417). Briefing on appeal is underway. No date has yet been set for

---

[1] LG was later joined as a party in IPR2021-00985.

oral argument.

There are no other known IPR, CBM, or PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted four patents. The asserted patent(s) are U.S. Patent Nos. 6,049,706; 6,266,518; 7,292,835; and 8,660,513.

## APPOINTMENT OF TECHNICAL ADVISOR

The parties are unopposed to the appointment of a technical advisor to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted a meet & confer conference. The parties have no pre-Markman issues to raise at the CMC hearing.

Dated: June 13, 2023                    Respectfully Submitted

                                        */s/ Raymond W. Mort, III*
                                        Raymond W. Mort, III
                                        Texas State Bar No. 00791308
                                        raymort@austinlaw.com

                                        **THE MORT LAW FIRM, PLLC**
                                        501 Congress Ave, Suite 150
                                        Austin, Texas 78701
                                        Tel/Fax: (512) 865-7950

                                        **ATTORNEYS FOR PLAINTIFF**

                                        */s/ Matthew C. Bernstein*
                                        Matthew C. Bernstein
                                        (CA Bar No. 199240)
                                        mbernstein@perkinscoie.com
                                        Kevin J. Patariu (Pro Hac Vice)
                                        (CA Bar No 256755)
                                        kpatariu@perkinscoie.com

Kyle R. Canavera
(CA Bar No. 314664)
kcanavera@perkinscoie.com
Abigail A. Gardner
(CA Bar No. 334598)
agardner@perkinscoie.com
Ji Wang (Pro Hac Vice)
(CA Bar No. 345211)
jiwang@perkinscoie.com
**Perkins Coie LLP**
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Tel. (858) 720.5700
Fax (858) 720.5799

Kevin A. Zeck (Pro Hac Vice)
(WA Bar No. 41689)
kzeck@perkinscoie.com
**Perkins Coie LLP**
1201 Third Ave, Suite 4900
Seattle, WA 98101
Tel. (206) 359.8000
Fax (206) 359.9000

**ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIM PLAINTIFFS MEDIATEK INC. AND MEDIATEK USA INC.**