# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

PARKERVISION, INC.

vs.   NO: WA:22-CV-01163-ADA

MEDIATEK INC., MEDIATEK USA INC., JOSHUA YI, MEDIATEK INC., MEDIATEK USA INC., PARKERVISION, INC.

### ORDER SETTING MOTIONS HEARING [ZOOM]

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTIONS HEARING by Zoom on February 27, 2025 at 09:30 AM.

IT IS SO ORDERED this 20th day of February, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE