IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEDIATEK INC. and MEDIATEK USA INC.,<br><br>　　　　Defendants. | Case No. 6:22-cv-01163-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT REPORT CONCERNING PATENT NARROWING**

Plaintiff ParkerVision, Inc. ("ParkerVision") and Defendants MediaTek Inc. and MediaTek USA Inc. ("MediaTek"), having conferred through counsel on February 17, 2026, provide the following Joint Report in accordance with the deadline set forth in the Court's Amended Scheduling Order. Dkt. No. 224.

On January 24, 2025, the parties filed a Joint Stipulation regarding case narrowing (Dkt. 136). The parties are in compliance with the Stipulation.

On February 24, 2026, ParkerVision will narrow to six claims.

By 12:00 p.m. on March 2, 2026, MediaTek will, in good faith, narrow its prior art references.

Date: February 24, 2026

Respectfully submitted,

By: */s/ Jason S. Charkow*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@daignaultiyer.com
DAIGNAULT IYER LLP
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel/Fax: 512-865-7950

Of Counsel:
Ronald M. Daignault (*pro hac vice*)*
Jason S. Charkow (*pro hac vice*)*
Scott R. Samay (*pro hac vice*)*
Stephanie Mandir (*pro hac vice*)
Richard Juang (*pro hac vice*)
Matthew R. Harkins* (*pro hac vice*)
Anderson To* (*pro hac vice*)
rdaignault@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay@daignaultiyer.com
smandir@daignaultiyer.com
rjuang@daignaultiyer.com
mharkins@daignaultiyer.com
ato@daignaultiyer.com
DAIGNAULT IYER LLP
8229 Boone Boulevard, Suite 450

*/s/ Lance Yang*
Ramsey M. Al-Salam, WA Bar No. 18822
RAlsalam@perkinscoie.com
Christina J. McCullough, WA Bar No. 47147
Kevin A. Zeck, WA Bar No. 41689
KZeck@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099

Kyle R. Canavera, CA Bar No. 314664
KCanavera@perkinscoie.com
Eric R. Maas, CA Bar No. 345450
EMaas@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080

Matthew C. Bernstein, CA Bar No. 199240
Matt@BernsteinIPStrategy.com
BERSTEIN IP STRATEGY
14161 Caminito Vistana
San Diego, CA 92130

Richard W. Erwine, NY Bar No. 2753929
RichardErwine@quinnemanuel.com

1

Vienna, VA 22182

*Attorneys for ParkerVision, Inc.*
*\*Not admitted in Virginia*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel. (212) 849-7000

Zach Summers (Pro Hac Vice)
ZachSummers@quinnemanuel.com
Lance Yang (Pro Hac Vice)
LanceYang@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel. (213) 443-3000

Kevin Hardy (Pro Hac Vice)
Kevin Hardy@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington D.C. 20005
Tel. (202) 538-8000

*Counsel for Defendants*
*MediaTek Inc. and MediaTek USA Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2026, all counsel of record were served with the foregoing document via ECF service.

By: */s/ Jason S. Charkow*