UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

PARKERVISION, INC. §
§
vs. § NO: WA:22-CV-01163-ADA
§
MEDIATEK INC., ET AL. §

### ORDER SETTING VOIR DIRE AND PRE-VOIR DIRE CONFERENCE

This matter is before the Court on its own Motion. Accordingly, **IT IS HEREBY ORDERED** that the above entitled and numbered case is set for a Video Conference to discuss voir dire protocol with the Honorable Judge Derek T. Gilliland on Tuesday, March 17, 2026 at 2:00PM (30 min time block). The conference will be conducted by Zoom and will be attended by at least one counsel for each party having appeared as of the date of this Order. The Zoom hearing link will be provided to all attorneys of record via email.

**IT IS FURTHER ORDERED** that voir dire is set before the undersigned for Thursday, March 19, 2026 at 09:00 AM in District Courtroom #2, in the United States Courthouse, 800 Franklin Ave., Waco, TX 76701.

SIGNED this 25th day of February, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE