UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PARKERVISION, INC.,**<br><br>Plaintiff<br><br>v.<br><br>**MEDIATEK INC. AND MEDIATEK USA INC.,**<br><br>Defendant | Case No. 6:22-cv-01163-ADA<br><br>**JURY TRIAL DEMANDED** |

**AMENDED SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and for good cause shown, the Court **ORDERS** that the following amended schedule will govern deadlines up to and including the trial of this matter:

| Item | | Amended Deadline |
|---|---|---|
| Rebuttal Expert Reports | | 2/6/2026 |
| Close of Expert Discovery | | 2/17/2026 |
| Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references prior art combinations at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall **file a Joint Report within 5 business days** regarding the results of the meet and confer. | | 2/17/2026 |

| Item | | Amended Deadline |
|---|---|---|
| Dispositive motion deadline and *Daubert* motion deadline.<br>See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). | | 2/19/2026 |
| Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | | 2/19/2026 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | | 3/2/2026 |
| Dispositive motion and *Daubert* oppositions. Serve objections to rebuttal disclosures and **File** Motions *in limine*. | | 3/3/2026 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. | | 3/10/2026 |
| Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. | | 2/23/2026 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. | | 2/26/2026 |
| Dispositive motion and *Daubert* replies. | | 3/10/2026 |
| Deadline to file replies to motions *in limine*. | | 3/16/2026 |
| Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | | 3/17/2026 |

2

AMENDED SCHEDULING ORDER

3

| Item | | Amended Deadline |
|---|---|---|
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | | 3/17/2026 |
| **Final Pretrial Conference**. | | 3/18/2026 |
| **Jury Selection** | | 3/19/2026 |
| **Jury Trial** | | 3/20/2026 |

Signed: 03/04/2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE