# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br><br>  Plaintiff, <br><br> v. <br><br> MEDIATEK INC. and MEDIATEK USA INC., <br><br>  Defendants. | Case No. 6:22-cv-01163-ADA <br><br> JURY TRIAL DEMANDED |

## NOTICE OF STIPULATION TO EXTEND DEADLINE FOR FILING THE JOINT PRETRIAL ORDER

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff ParkerVision, Inc. ("ParkerVision") and Defendants MediaTek Inc. and MediaTek USA, Inc. ("MediaTek") jointly file this notice of stipulation to a two-day extension until Thursday, March 12, 2026 to file the Joint Pretrial Order. This stipulation is (1) agreed to between the parties, (2) does not change the date of any hearing, trial, or other Court date, (3) does not extend the deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event, and (4) does not extend the deadline to answer or otherwise respond to a complaint more than 45 days from the original answer date.

Date: March 9, 2026

By: */s/ Richard Juang (with permission)*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@daignaultiyer.com
DAIGNAULT IYER LLP
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel/Fax: 512-865-7950

Of Counsel:
Ronald M. Daignault (*pro hac vice*)*
Jason S. Charkow (*pro hac vice*)*
Scott R. Samay (*pro hac vice*)*
Stephanie Mandir (*pro hac vice*)
Richard Juang (*pro hac vice*)
Matthew R. Harkins* (*pro hac vice*)
Anderson To* (*pro hac vice*)
rdaignault@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay@daignaultiyer.com
smandir@daignaultiyer.com
rjuang@daignaultiyer.com
mharkins@daignaultiyer.com
ato@daignaultiyer.com
DAIGNAULT IYER LLP
8229 Boone Boulevard, Suite 450

Respectfully submitted,

*/s/ Kevin A. Zeck*
Ramsey M. Al-Salam, WA Bar No. 18822
RAlsalam@perkinscoie.com
Christina J. McCullough, WA Bar No. 47147
Kevin A. Zeck, WA Bar No. 41689
KZeck@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099

Kyle R. Canavera, CA Bar No. 314664
KCanavera@perkinscoie.com
Eric R. Maas, CA Bar No. 345450
EMaas@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080

Matthew C. Bernstein, CA Bar No. 199240
Matt@BernsteinIPStrategy.com
BERSTEIN IP STRATEGY
14161 Caminito Vistana
San Diego, CA 92130

Richard W. Erwine, NY Bar No. 2753929
RichardErwine@quinnemanuel.com

1

| | |
|---|---|
| Vienna, VA 22182 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| *Attorneys for ParkerVision, Inc.* | 295 5th Avenue, 9th Floor |
| *\*Not admitted in Virginia* | New York, New York 10016 |
| | Tel. (212) 849-7000 |

Zach Summers (Pro Hac Vice)
ZachSummers@quinnemanuel.com
Lance Yang (Pro Hac Vice)
LanceYang@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel. (213) 443-3000

Kevin Hardy (Pro Hac Vice)
Kevin Hardy@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington D.C. 20005
Tel. (202) 538-8000

*Counsel for Defendants*
*MediaTek Inc. and MediaTek USA Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, all counsel of record were served with the foregoing document via electronic service.

By: */s/ Kevin A. Zeck*
Kevin A. Zeck