UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PARKERVISION, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:22-CV-01163-ADA |
| | § | |
| MEDIATEK INC., MEDIATEK USA INC., JOSHUA YI, MEDIATEK INC., MEDIATEK USA INC., PARKERVISION, INC., BRICKELL KEY INVESTMENTS LP, BRICKELL KEY ASSET MANAGEMENT LLC, JOHN SICILIAN, WILLIAM YUEN, MICHAEL BULTMAN, ROBERT W. COOK, CHARLEY D. MOSES, REALTEK SEMICONDUCTOR CORP. | § | |

## ORDER SETTING MOTIONS HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTIONS HEARING** via Zoom on **March 16, 2026 at 01:00 PM**.

IT IS SO ORDERED this 16th day of March, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE