# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **PARKERVISION, INC.** | § | |
| | § | |
| vs. | § | NO: WA:22-CV-01163-ADA |
| | § | |
| **MEDIATEK INC., ET AL.** | § | |
| *Defendant* | | |

# ORDER CANCELLING PRE VOIR DIRE CONFERENCE VIA ZOOM

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for PRE VOIR DIRE CONFERENCE VIA ZOOM, on Tuesday, March 17, 2026 at 02:00 PM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **16th day of March, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE