# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDIATEK INC. and MEDIATEK USA INC., <br><br> Defendants. | C.A. No. 6:22-cv-01163-ADA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE REGARDING REPLIES IN SUPPORT OF PENDING MOTIONS IN LIMINE

Plaintiff ParkerVision, Inc. and Defendants' MediaTek inc. and MediaTek USA inc., write to inform the Court, that in view of today's ruling that they have agreed to not file Replies in Support of the Parties' respective *motions in limine* (Dkt. Nos. 249 and 253).

Dated: March 16, 2026

 /s/ Zach Summers
Kyle R. Canavera (CA Bar No. 314664)
kcanavera@perkinscoie.com
Eric R. Maas (CA Bar No. 345450)
EMaas@perkinscoie.com
**PERKINS COIE LLP**
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Tel. (858) 720.5700
Fax (858) 720.5799

Ramsey M. Al-Salam (WA Bar No. 18822)
RAlsalam@perkinscoie.com
Christina McCullough (WA Bar No. 47147)
CMcCullough@perkinscoie.com
Kevin A. Zeck (WA Bar No. 41689)
kzeck@perkinscoie.com

Respectfully submitted,

/s/ Ronald M. Daignault
Raymond W. Mort, III
Texas Bar No. 00791308
raymort@austinlaw.com
DAIGNAULT IYER LLP
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel/Fax: (512) 865-7950

Of Counsel:
Ronald M. Daignault (*pro hac vice*)*
Jason S. Charkow (*pro hac vice*)*
Scott R. Samay (*pro hac vice*)*
Chandran B. Iyer (*pro hac vice*)
Stephanie Mandir (*pro hac vice*)
Lisa N. Phillips* (*pro hac vice*)
Matthew R. Harkins* (*pro hac vice*)

<div style="column-count:2">

**PERKINS COIE LLP**
1301 Second Ave., Suite 4200
Seattle, WA 98101
Tel.: (206) 359.8000
Fax: (206) 359.9000

Matthew C. Bernstein (CA Bar No. 199240)
Matt@BernsteinIPStrategy.com
**BERNSTEIN IP STRATEGY**
14161 Caminito Vistana
San Diego, CA 92130

Richard W. Erwine (NY Bar No. 2753929)
RichardErwine@quinnemanuel.com
Matthew Robson (Pro Hac Vice)
matthewrobson@quinnemanuel.com
Brian Biddinger (Pro Hac Vice)
brianbiddinger@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 5th Avenue, 9th Floor
New York, New York 10016
(212) 849-7000

Zach Summers (Pro Hac Vice)
ZachSummers@quinnemanuel.com
Lance Yang (Pro Hac Vice)
LanceYang@quinnemanuel.com
 Valerie Lozano (Pro Hac Vice)
 ValerieLozano@quinnemanuel.com
 Nima Hefazi (Pro Hac Vice)
nimahefazi@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Kevin Hardy (Pro Hac Vice)
KevinHardy@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington D.C. 20005
(202) 538-8000

Anderson To* (*pro hac vice*)
rdaignault@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay@daignaultiyer.com
cbiyer@daignaultiyer.com
smandir@daignaultiyer.com
lphillips@daignaultiyer.com
mharkins@daignaultiyer.com
ato@daignaultiyer.com
DAIGNAULT IYER LLP
8229 Boone Boulevard, Suite 450
Vienna, VA 22182
*\*Not admitted in Virginia*

*Attorneys for Plaintiff ParkerVision, Inc.*

</div>

Jeffrey Robert Gunnell
(TX Bar No. 24123530)
JeffreyGunnell@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, UT 84121

Kevin P. B.Johnson (CA Bar No. 177129)
kevinjohnson@quinnemanuel.com
**QUINN EMANUEL URQUHART &
 SULLIVAN, LLP**
 555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

*ATTORNEYS FOR DEFENDANTS*