# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

PARKERVISION, INC.                              §
                                                §    CIVIL NO:
vs.                                             §    WA:22-CV-01163-ADA
                                                §
MEDIATEK INC., MEDIATEK USA INC.,               §
JOSHUA YI, MEDIATEK INC., MEDIATEK
USA INC., PARKERVISION, INC.,
BRICKELL KEY INVESTMENTS LP,
BRICKELL KEY ASSET MANAGEMENT
LLC, JOHN SICILIAN, WILLIAM YUEN,
MICHAEL BULTMAN, ROBERT W.
COOK, CHARLEY D. MOSES, REALTEK
SEMICONDUCTOR CORP.

## ORDER CANCELLING JURY TRIAL AND VACATING ALL DEADLINES

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY TRIAL** on **Friday, March 20, 2026 at 09:00 AM is hereby CANCELLED, and all other deadlines vacated, until further order of the court**.

IT IS SO ORDERED this 17th day of March, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE