# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

|  |  |
|---|---|
| PARKERVISION, INC., | |
| Plaintiff, | |
| v. | Case No. 6:22-cv-01163-ADA |
| MEDIATEK INC. and MEDIATEK USA INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

## JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER

Plaintiff and Counterclaim Defendant ParkerVision, Inc. and Defendants and Counterclaim Plaintiffs MediaTek Inc. and MediaTek USA Inc. file this joint Motion for Entry of Amended Scheduling Order and respectfully request the Court enter the Parties' Agreed Amended Scheduling Order attached to this motion.

After the March 16, 2026 Motion Hearing before the Court, the parties met and conferred and propose the new amended schedule below:

### PROPOSED AMENDED CASE SCHEDULE:

| Item | Proposed Amended Deadline |
|---|---|
| Plaintiff's Amended Damages and Technical Infringement Expert Reports[1] | May 8, 2026 |

---

[1] The revisions to ParkerVision's Amended Damages and Technical Infringement Reports are to be limited to those raised in MediaTek's *Daubert* Motion (Dkt. 229) and addressed at the March 16, 2026 hearing. *See* Hr'g Tr. at 88:11-16.

1

| Item | Proposed Amended Deadline |
|------|---------------------------|
| Defendants' Supplemental Damages and Technical Expert Reports Responsive to Plaintiff's Amended Damages and Technical Infringement Expert Reports | June 5, 2026 |
| Close of Expert Discovery regarding Amended and Supplemental Expert Reports | June 19, 2026 |
| *Daubert* and Summary Judgment motion deadline | July 10, 2026 |
| *Daubert* and Summary Judgment oppositions | July 24, 2026 |
| Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. | TBD |
| *Daubert* and Summary Judgment replies. | July 31, 2026 |
| Deadline to file replies to motions *in limine.* | July 31, 2026 |
| Deadline to meet and confer regarding remaining objections and disputes on motions *in limine.* | TBD |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | TBD |
| **Final Pretrial Conference.** | TBD |
| **Jury Selection/Trial.** | TBD |

Dated: April 14, 2026

| | |
|---|---|
| */s/ Raymond W. Mort, III* | */s/ Richard W. Erwine* |

Raymond W. Mort, III
Texas State Bar No. 00791308
rmort@daignaultiyer.com
**DAIGNAULT IYER LLP**
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel/Fax: 512-865-7950

Ronald M. Daignault (pro hac vice)*
Jason S. Charkow (pro hac vice)*
Scott R. Samay (pro hac vice)*
Chandran B. Iyer (pro hac vice)
Stephanie Mandir (pro hac vice)
Lisa N. Phillips (pro hac vice)*
Matthew R. Harkins (pro hac vice)*
Taylor Lepore (pro hac vice)*
Anderson To (pro hac vice)*
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay@daignaultiyer.com
smandir@daignaultiyer.com
lphillips@daignaultiyer.com
mharkins@daignaultiyer.com
tlepore@daignaultiyer.com
ato@daignaultiyer.com
**DAIGNAULT IYER LLP**
8229 Boone Boulevard – Suite 450
Vienna, VA 22182
*Not admitted in Virginia

**ATTORNEYS FOR PLAINTIFF AND
COUNTERCLAIM DEFENDANT
PARKERVISION, INC.**

Ramsey M. Al-Salam, WA Bar No. 18822
RAlsalam@perkinscoie.com
Christina J. McCullough, WA Bar No. 47147
Kevin A. Zeck, WA Bar No. 41689
KZeck@perkinscoie.com
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099

Kyle R. Canavera, CA Bar No. 314664
KCanavera@perkinscoie.com
Eric R. Maas, CA Bar No. 345450
EMaas@perkinscoie.com
**PERKINS COIE LLP**
11452 El Camino Real, Ste 300
San Diego, California 92130-2080

Matthew C. Bernstein, CA Bar No. 199240
Matt@BernsteinIPStrategy.com
**BERNSTEIN IP STRATEGY**
14161 Caminito Vistana
San Diego, CA 92130

Richard W. Erwine
(NY Bar No. 2753929)
RichardErwine@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
295 5th Avenue, 9th Floor
New York, New York 10016
Tel. (212) 849-7000

Zach Summers
(*Pro Hac Vice*)
ZachSummers@quinnemanuel.com
Lance Yang
(*Pro Hac Vice)*
LanceYang@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel. (213) 443-3000

Kevin Hardy
(*Pro Hac Vice*)
Kevin Hardy@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington D.C. 20005
Tel. (202) 538-8000

**ATTORNEYS FOR DEFENDANTS AND
COUNTERCLAIM PLAINTIFFS
MEDIATEK INC. AND MEDIATEK
USA INC.**