# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MEDIATEK INC. and<br>MEDIATEK USA INC.,<br><br>Defendants. | Case No. 6:22-cv-01163-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE OF AGREED AMENDED SCHEDULING DEADLINES

In accordance with the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated September 19, 2025, Plaintiff and Counterclaim Defendant ParkerVision, Inc. ("ParkerVision") and Defendants and Counterclaim Plaintiffs MediaTek Inc. and MediaTek USA Inc. (collectively, "MediaTek") hereby provide notice of the Parties' Agreed Amended Scheduling Deadlines.

This request is agreed to between the parties, does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a hearing, trial, or Court event.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and for good cause shown, the following amended schedule will govern deadlines up to and including the trial of this matter:

1

**AGREED AMENDED CASE SCHEDULE:**

| Item | Previous Deadlines | Agreed Amended Deadlines |
|---|---|---|
| Close of Expert Discovery regarding Amended and Supplemental Expert Reports | July 29, 2026 | July 31, 2026 |
| *Daubert* and Summary Judgment motion deadline | August 24, 2026 | Unchanged |
| *Daubert* and Summary Judgment oppositions | September 21, 2026 | Unchanged |
| Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. | TBD | Unchanged |
| *Daubert* and Summary Judgment replies. | October 12, 2026 | Unchanged |
| Deadline to file replies to motions *in limine*. | October 12, 2026 | Unchanged |
| Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | TBD | Unchanged |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | TBD | Unchanged |
| **Final Pretrial Conference.** | TBD | Unchanged |
| **Jury Selection/Trial.** | TBD | Unchanged |

2

Dated:  July 27, 2026

| | |
|---|---|
| */s/ Ronald M. Daignault* | */s/ Kyle R. Canavera* |

Raymond W. Mort, III
Texas State Bar No. 00791308
rmort@daignaultiyer.com
**DAIGNAULT IYER LLP**
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel/Fax: 512-865-7950

Ronald M. Daignault (pro hac vice)*
Jason S. Charkow (pro hac vice)*
Scott R. Samay (pro hac vice)*
Chandran B. Iyer (pro hac vice)
Stephanie Mandir (pro hac vice)
Lisa N. Phillips (pro hac vice)*
Matthew R. Harkins (pro hac vice)*
Taylor Lepore (pro hac vice)*
Anderson To (pro hac vice)*
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay@daignaultiyer.com
smandir@daignaultiyer.com
lphillips@daignaultiyer.com
mharkins@daignaultiyer.com
tlepore@daignaultiyer.com
ato@daignaultiyer.com
**DAIGNAULT IYER LLP**
8229 Boone Boulevard – Suite 450
Vienna, VA 22182
*Not admitted in Virginia

**ATTORNEYS FOR PLAINTIFF AND
COUNTERCLAIM DEFENDANT
PARKERVISION, INC.**

Ramsey M. Al-Salam, WA Bar No. 18822
RAlsalam@perkinscoie.com
Christina J. McCullough, WA Bar No. 47147
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099

Kyle R. Canavera, CA Bar No. 314664
KCanavera@perkinscoie.com
Eric R. Maas, CA Bar No. 345450
EMaas@perkinscoie.com
**PERKINS COIE LLP**
11452 El Camino Real, Ste 300
San Diego, California 92130-2080

Matthew C. Bernstein, CA Bar No. 199240
Matt@BernsteinIPStrategy.com
**BERSTEIN IP STRATEGY**
14161 Caminito Vistana
San Diego, CA 92130

Richard W. Erwine
(NY Bar No. 2753929)
RichardErwine@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
295 5th Avenue, 9th Floor
New York, New York 10016
Tel. (212) 849-7000

Zach Summers
(*Pro Hac Vice*)
ZachSummers@quinnemanuel.com
Lance Yang
(*Pro Hac Vice*)
LanceYang@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel. (213) 443-3000

3

Kevin Hardy
(*Pro Hac Vice*)
Kevin Hardy@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington D.C. 20005
Tel. (202) 538-8000

**ATTORNEYS FOR DEFENDANTS AND
COUNTERCLAIM PLAINTIFFS
MEDIATEK INC. AND MEDIATEK
USA INC.**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been served

upon ParkerVision's counsel of record, via CM/ECF, on July 27, 2026.

*/s/ Kyle R. Canavera*
Kyle R. Canavera
