**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

|  |  |
|---|---|
| PARKERVISION, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>MEDIATEK INC., and<br>MEDIATEK USA INC.,<br><br>                    Defendants. | NO. 6:22-CV-01163-ADA<br><br><br>JURY TRIAL DEMANDED |

**DEFENDANT MEDIATEK'S NOTICE OF CHANGES TO ATTORNEY FIRM
CHANGE AND EMAIL ADDRESSES**

Please take notice that, effective June 26, 2026, the law firm Perkins Coie LLP changed its name to Ashurst Perkins Coie US LLP. The email addresses of the undersigned attorneys have also changed.

There have been no other changes to the attorneys of record, their mailing address, their telephone or facsimile number, or their representation of the parties in this matter. All pleadings and correspondence filed or served after the effective date should reflect the new firm name and email addresses in the signature block below.

-1-

-2-

Dated:  August 5, 2026

Respectfully submitted,

**ASHURST PERKINS COIE US LLP**

*/s/ Eric R. Maast*

Kyle R. Canavera
(CA Bar No. 314664)
kyle.canavera@ashurstperkins.com
Eric R. Maas
(CA Bar No. 345450)
eric.maas@ashurstperkins.com
**ASHURST PERKINS COIE US LLP**
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Tel. (858) 720.5700
Fax (858) 720.5799

Ramsey M. Al-Salam
(WA Bar No. 18822)
ramsey.alsalam@ashurstperkins.com
Christina McCullough
(WA Bar No. 47147)
christina.mccullough@ashurstperkins.com
**ASHURST PERKINS COIE US LLP**
1301 Second Ave., Suite 4200
Seattle, WA 98101
Tel.: (206) 359.8000
Fax: (206) 359.9000

Matthew C. Bernstein
(CA Bar No. 199240)
Matt@BernsteinIPStrategy.com
**BERNSTEIN IP STRATEGY**
14161 Caminito Vistana
San Diego, CA 92130

Richard W. Erwine
(NY Bar No. 2753929)
RichardErwine@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
295 5th Avenue, 9th Floor
New York, New York 10016
(212) 849-7000

Zach Summers
(Pro Hac Vice)
ZachSummers@quinnemanuel.com
Lance Yang
(Pro Hac Vice)
LanceYang@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Kevin Hardy
(Pro Hac Vice)
KevinHardy@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington D.C. 20005
(202) 538-8000

**ATTORNEYS FOR DEFENDANTS
MEDIATEK INC. AND MEDIATEK USA
INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served upon Plaintiff's counsel of record by email on August 5, 2026.

*/s/ Eric R. Maas*
Eric R. Maas

-3-